# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY MAY SCHLEVE, ) | Case No.: 1:13-cv-00563-SKO |
| ) | |
| ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v. ) | |
| ) | (Doc. 4) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff Melody May Schleve filed a complaint on April 18, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    April 23, 2013**          _/s/ Sheila K. Oberto_
                                                       UNITED STATES MAGISTRATE JUDGE