**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELODY MAY SCHLEVE,<br><br>            Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>            Defendant. | Case No.: 1:13-cv-00563-SKO<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that:

1. Plaintiff shall have an extension of time, to and include December 16, 2013, in which to file Plaintiff's Opening Brief;

2. Defendant shall file a Responsive Brief no later than January 21, 2014; and

3. Plaintiff may file an optional Reply Brief no later than February 7, 2014.

IT IS SO ORDERED.

Dated:  **December 4, 2013**         /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

-1-