**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELODY MAY SCHLEVE | Case No.: 1:13-cv-00563-SKO |
| Plaintiff, | STIPULATION TO EXTEND TIME; ORDER THEREON |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 14-day extension of time, to and including February 18, 2014, in which to file Plaintiff's reply brief. There is good cause for this extension because of the press of business. Furthermore, Plaintiff's

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1  counsel needs additional time to fully respond to the issues raised in the
2  Commissioner's arguments. Defendant consents to this extension.
3
4  DATE: February 4, 2014        Respectfully submitted,
5                                LAWRENCE D. ROHLFING
6                                      /s/ *Mr. Vijay J. Patel*
7                         BY: _____
                                Mr. Vijay J. Patel
8                               Attorney for plaintiff Ms. Melody May Schleve
9
10 DATE:  February 4, 2014
                                ANDRÉ BIROTTE JR.
                                United States Attorney
11                              LEON W. WEIDMAN
                                Chief, Civil Division
12
13                                    /s/ *Annabelle J. Yang*
14                       BY: _____
                                Annabelle J. Yang
15                              Special Assistant United States Attorney
                                Attorneys for defendant Carolyn W. Colvin
16                              |*authorized by e-mail|

17                                    **ORDER**

18    Pursuant to the parties' stipulation, Plaintiff' shall file a reply brief on or before
19 February 18, 2014.
20
   IT IS SO ORDERED.
21
22    Dated:  **February 5, 2014**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26